UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
**Case Number: 19-24055-CIV-MORENO**

CHRISTIAN ZILLER, on behalf of himself and
all others similarly situated,

        Plaintiff,

vs.

305 SMOKERS LLC, a Florida Limited
Liability Company, MIAMI SMOKERS LLC,
a Florida Limited Liability Company, and
ANDRES BARRIENTOS, individually,

        Defendants.
_____/

## ORDER DIRECTING CLERK TO ENTER DEFAULT

This cause came before the Court upon a *sua sponte* review of the record.

The Court has noted the proof of service on Defendants 305 Smokers LLC, Miami Smokers LLC, and Andres Barrientos (**D.E. 5, 6, and 7**), filed on **October 21, 2019**. It appears that Defendants 305 Smokers LLC, Miami Smokers LLC, and Andres Barrientos have failed to answer or otherwise respond to the Summons and Complaint. Therefore, it is

**ADJUDGED** that the Clerk shall file an Entry of Default against Defendants 305 Smokers LLC, Miami Smokers LLC, and Andres Barrientos pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. Upon entry of default, Plaintiff may file a motion for Default Judgment in accordance with Rule 55(b) of the Federal Rules of Civil Procedure. The Clerk is directed to close the case.

DONE AND ORDERED in Chambers at Miami, Florida, this ___12___ of November 2019.

                                                    FEDERICO A. MORENO
                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record