UNITED STATES DISTRICT COURT

Southern District of Florida

Case Number: _1:19-CV 24055-XXXX_

CHRISTIAN ZILLER

_____

_____

Plaintiff(s)

v.

305 SMOKERS LLC,
MIAMI SMOKERS LLC.
ANDRES BARRIENTOS

_____

Defendant(s)

```
┌─────────────────────────────┐
│ FILED BY _____ D.C.          │
│                              │
│   NOV 1 3 2019               │
│                              │
│   ANGELA E. NOBLE            │
│   CLERK U.S. DIST. CT.       │
│   S. D. OF FLA. - MIAMI      │
└─────────────────────────────┘
```

NOTICE OF FILING

SETTLEMENT AND RELEASE AGREEMENT

*(TITLE OF DOCUMENT)*

I, CARLOS DARQUEA  plaintiff or defendant, in the above styled cause,

FILE A SETTLEMENT + RELEASE AGREEMENT
SIGNED BY PLAINTIFF CHRISTIAN ZILLER
AGREEING TO DISMISS THE ACTION AGAINTS
ALL DEFENDANTS; SIGNED 11/1/19

(Rev. 10/2002) General Document

<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>

## Certificate of Service

I CARLOS DARQUEA , certify that on this date 11/12/19 a true copy

of the foregoing document was mailed to: CHRISTIAN ZILLER
<br>
name(s) and address(es)

945 MERIDIAN AVE

MIAMI BEACH  FLA 33139

By: CARLOS DARQUEA

Printed or typed name of Filer

Signature of Filer

cjd1953@hotmail.com
<br>
E-mail address

Florida Bar Number

783 201 9438

Facsimile Number

Phone Number

17301 BISCAYNE BLVD

Street Address

AVENTURA, FLA 33160

City, State, Zip Code