# Settlement and Release Agreement

This Settlement and Release Agreement ("Agreement") is entered into on November 01, 2019 by and between Christian Ziller, hereinafter ("Complainant"), of 945 Meridian Avenue, Miami Beach, Florida 33139 , and 305 SMOKERS LLC., MIAMI SMOKERS LLC., Andres Barrientos individually, hereinafter ("Defendant") of 1601 Drexel Avenue,, Miami Beach, Florida 33139. (Complainant and Defendant are collectively referred to as "the Parties"). This Agreement is effective upon full execution.

## Recitals

A. On or about October 01, 2019, Complainant filed against Defendant a legal action in the US District Court Southern District of Florida of Florida, where it now bears the caption Christian Ziller, Plaintiff, vs. 305 SMOKERS LLC., MIAMI SMOKERS LLC., Andres Barrientos individually, Defendant, case number: 1:19-cv-24055-XXXX, (the "Litigation").

B. In the action described above, Complainant sought compensation for various alleged COUNT 1 OVERTIME VIOLATIONS OF THE FAIR LABOR STANDARDS ACT as well as various statutory penalties.

C. Defendant denies and continues to deny in every particular the Claims (described below) of Complainant in connection with the action described above.

D. The parties desire to bring the action described above to a conclusion, and to avoid the further costs and expenses incident to its prosecution and defense. The making of this Agreement shall not be deemed an admission of any liability or wrongdoing whatsoever on the part of Complainant or Defendant.

Therefore, the parties agree as follows:

## AGREEMENT

**Payments**

Defendant shall pay to Complainant $6,000.00 within 1 days of receipt by Defendant of this Agreement signed by Complainant, by certified check all of which shall be given personally Complainant. The payment shall be deemed to include and settle all Claims in connection with this matter including attorney's fees, alleged COUNT 1 OVERTIME VIOLATIONS OF THE FAIR LABOR STANDARDS ACT and statutory penalties.

### Dismissal of Action
Complainant shall execute the necessary documents and take all steps necessary to dismiss with prejudice the action described above on or about NOVEMBER 1, 2019

### Release
Complainant, on behalf of himself and his heirs, hereby releases and forever discharges as applicable Defendant and Defendant's parents, subsidiaries, franchisors, franchisees, and affiliated companies, and each of their former and present agents, directors, officers, employees, attorneys, and insurers, as well as their heirs and assigns (collectively "Releasees"), from any and all claims of any nature whatsoever, whether known or unknown and whether before a court or an arbitrator, which include but are not limited to, any and all claims between Complainant and Defendant in regards to Case: 1:19-cv-24055-XXXX and any other statutory or non-statutory tort or contractual claim; any claim of a violation of any federal, state, municipal, or local statute, ordinance, or regulation pertaining to the cause of the action (the "Claims"); that Complainant has and may hereafter have against Releasees because of any alleged acts or omissions whatsoever from the beginning of time to the date of the execution of this Agreement.

Complainant understands that a general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor.

### Confidentiality
The parties agree all facts and circumstances surrounding the dispute resolved by this Agreement and the existence, terms, conditions, and negotiation of this Agreement shall be kept strictly confidential.

### Litigation Costs and Attorney's Fees
Complainant acknowledges that payment to him of the amount set forth in the paragraph title Payments above is for costs and full settlement of all Claims released herein. The parties shall each bear all other costs and expenses, including litigation costs and attorney's fees that they have and will incur up to and in the execution and administration of this Agreement.

### Representations and Warranties
Complainant represents and warrants that there has been no assignment or transfer of any interest in the Claims that he may have against Releasees, and Complainant agrees to indemnify and hold Releasees harmless from any liability, demands, damages, costs, expenses, and attorney's fees incurred by Releasees as a result of any asserted interest in the Claims that he may now have or have had at any time against Releasees if such interest is acquired by assignment, transfer, or otherwise.

Complainant represents and warrants that he has not filed or instituted any claim before any court, administrative agency, arbitrator, or other tribunal against Releasees. Complainant further covenants that he shall not institute or maintain any other claim against Releasees arising from any facts occurring prior to the execution of this Agreement.

The parties agree that in the event of any dispute or proceeding concerning this Agreement, its validity, interpretation, enforcement, or breach, the prevailing party shall recover reasonable attorney's fees and costs in connection with any such dispute.

### Governing Law
The parties agree that Florida law shall govern the construction, interpretation, and enforcement of this Agreement.

### Severability
The parties agree that if any term, provision, covenant, or condition of this Agreement is held by a court of competent jurisdiction or an arbitrator to be invalid, void, or unenforceable, the remaining terms and provisions of this Agreement shall remain in full force and effect, and shall in no way be affected, impaired, or invalidated.

### Entire Agreement
The parties agree that this Agreement contains the entire Agreement of the parties hereto, and supersedes all other Agreements and understandings, whether written or oral, covering the subject matter hereof. The parties warrant that there are no representations, Agreements, arrangements, or understandings, oral or written, between them relating to the subject matter contained in this Agreement which are not fully expressed herein.

### Amendments or Modifications
The parties agree that any amendments or modifications to this Agreement shall be deemed null and void unless such amendments and modifications are in writing and signed by Complainant and by the president of Defendant.

### Attorney Explanation to Complainant and Defendant

  A. Christian Ziller the Complainant

  B. Carlos Darquea for the Defendant

COMPLAINANT

_____        _____

Christian Ziller                                              Date


*[signature]*                                                    11/1/19

                                                              Date

DEFENDANT

_____ CARLOS DARQUEA FOR DEFEN[?]

305 SMOKERS LLC., MIAMI SMOKERS LLC., Andres Barrientos individually    Date


_____ 11/1/19 _____

                                     Date